**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

BILLY RAY BURGE,                                                                        PLAINTIFF

v.                                                    3:26CV00005-DPM-JTK

EDITH ELLIOT, et al.                                                                  DEFENDANTS

**ORDER**

Having reviewed Billy Ray Burge's ("Plaintiff") Second Amended Complaint (Doc. No. 7) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendant Edith Elliot is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Edith Elliot.  The United States Marshal shall serve a copy of the Second Amended Complaint (Doc. No. 7), Summons, and this Order on Defendant Elliot without prepayment of fees and costs or security therefore.  Service should be attempted through the Independence County Detention Center, 569 West Main St., Batesville, AR 72501.

Dated this 13th day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).