# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BILLY RAY BURGE**                                                                 **PLAINTIFF**

v.                                    No. 3:26-cv-5-DPM-JTK

**EDITH ELLIOT and DOES, Jail Admin,**
**Sharp County Detention Center**                                     **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 8*, adopted.  Fed. R. Civ.
P. 72(b) (1983 addition to advisory committee notes).  Moore's claims
against the Doe defendants are dismissed without prejudice.  The Court
directs the Clerk to terminate them as parties.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____4 June 2026_____