**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

BILLY RAY BURGE,                                                                                       PLAINTIFF

v.                                                      3:26CV00005-DPM-JTK

EDITH ELLIOT, et al.                                                                               DEFENDANTS


**ORDER**

Having reviewed Billy Ray Burge's ("Plaintiff") Second Amended Complaint (Doc. No. 7) for screening purposes,[1] the Court concluded service of Plaintiff's claims against Defendant Edith Elliot was appropriate.    (Doc. No. 9).    Service attempts on Defendant Elliott at the Independence County Detention Center were unsuccessful.    (Doc. No. 11).    The Court will now attempt service on Defendant Elliott at the Sharp County, Arkansas, Detention Center.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Edith Elliot.    The United States Marshal shall serve a copy of the Second Amended Complaint (Doc. No. 7), Summons, and this Order on Defendant Elliot without prepayment of fees and costs or security therefore.    Service should be attempted through the Sharp County Detention Center, 64 Arnhart Street, Ash Flat, Arkansas 72513.

Dated this 22nd day of June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.    28 U.S.C. § 1915A(a).